

NUMBER 13-14-00335-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

JUAN ANTONIO CORONADO,
FRANCISCO SOLIZ RAMIREZ,
ROBERTO RIVERA III, RUBEN
CONTRERAS,                                                          **Appellants,**

**v.**

PETER ZAVALETTA,                                                    **Appellee.**

---

### On appeal from the 357th District Court
### of Cameron County, Texas.

---

# MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Benavides
### Memorandum Opinion Per Curiam

Appellants perfected an appeal from a judgment entered by the 357th District Court

of Cameron County, Texas in cause number 2008-03-1636-E.   This cause is presently

before the Court on an unopposed "Motion to Dismiss the Appeal of Order Granting Peter Zavaletta's Motion for Summary Judgment." Appellants no longer wish to appeal the trial court's ruling granting Peter Zavaletta's motion for summary judgment and request dismissal of the appeal of the trial court order granting Peter Zavaletta's motion for summary judgment.

The Court, having considered the documents on file and appellants' motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed this
17th day of July, 2014.